**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     S-G Owners Association, Inc. v. Lurdes C. Sifuentes

Appellate case number:   01-17-00258-CV

Trial court case number:  1071865

Trial court:                   Co Civil Ct at Law No 1 of Harris County

     Appellant's motion for rehearing is **DENIED**. It is so **ORDERED**.

Judge's signature: */s/ Michael Massengale*
                         Acting for the Court

Date:  December 21, 2018